

# THE STATE OF TEXAS
## MANDATE

TO THE 170TH DISTRICT COURT OF MCLENNAN COUNTY, GREETINGS:

Before the Court of Appeals for the Sixth Court of Appeals District of Texas, on the 10th day of September, A.D. 2015, the cause upon appeal to revise or reverse your Judgment was determined; and therein our said Court made its order in these words:

| | |
|---|---|
| Asset, Consulting Experts, LLC, and<br>Michael C. Evans, Appellants | No. 06-15-00048-CV |
| | Trial Court No. 2015-321-4 |
| v. | |
| Jonathan Sistrunk, Appellee | |

As stated in the Court's opinion of this date, we find that the motion of the appellants to dismiss the appeal should be granted. Therefore, we dismiss the appeal.

We further order that the costs of this appeal by borne by the party incurring them.

WHEREFORE, WE COMMAND YOU to observe the order of our said Court in this behalf, and in all things to have it duly recognized, obeyed, and executed.

WITNESS, the Hon. Josh R. Morriss, III, Chief Justice of our said Court of Appeals, with the seal thereof annexed, at the City of Texarkana, this the 25th day of November, A.D. 2015.

DEBRA K. AUTREY, Clerk

*Debbie Autrey*